(Official Form 1) (12/02)

| FORM B1 | **United States Bankruptcy Court**<br>**District of Minnesota** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Scepaniak, Sherry Ann** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Fdba Absolute Solutions** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2522 3rd Street North**<br>**St. Cloud, MN 56303** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Stearns** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 7755**<br>**St. Cloud, MN 56302** | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check on box) |
|---|---|
| ☑ Individual(s) ☐ Railroad<br>☐ Corporation ☐ Stockbroker<br>☐ Partnership ☐ Commodity Broker<br>☐ Other _____ ☐ Clearing Bank | ☑ Chapter 7 ☐ Chapter 11 ☐ Chapter 13<br>☐ Chapter 9 ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)  THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☑ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**VOLUNTARY PETITION**

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Scepaniak, Sherry Ann**

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

Location Where Filed: **None**

Case Number:

Date Filed:

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

Name of Debtor: **None**

Case Number:

Date Filed:

District:

Relationship:

Judge:

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sherry Ann Scepaniak**     **Sherry Ann Scepaniak**
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December 1, 2003**
Date

### Signature of Attorney

X **/s/ Mark L. Soule**
Signature of Attorney for Debtor(s)

**Mark L. Soule 172078**
Printed Name of Attorney for Debtor(s)

**Mark L. Soule Attorney At Law**
Firm Name

**816 W St. Germain Suite 503**
Address

**St. Cloud, MN 56301**

**(320) 251-0999**
Telephone Number

**December 1, 2003**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ Mark L. Soule**     **12/01/03**
Signature of Attorney for Debtor(s)     Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

ARROW FINANCIAL SVCS
PO BOX 469005
CHICAGO IL   60646-9005


CAPITAL ONE BANK
PO BOX 6000
SEATTLE WA   98190-6000


COLLECTION RESOURCES
PO BOX 2270
ST CLOUD MN   56302-2270


CREDIT MANAGEMENT SYSTEMS
10550 BREN RD EAST
MINNETONKA MN   55343


FORD MOTOR CREDIT CO
PO BOX 64400
COLORADO SPRINGS CO   80962-4400


FRANKLIN OUTDOOR ADVERTISING
BOX 218
ALBERTVILLE MN   55301


GOLD CROSS AMBULANCE
501 6TH AVEUE NW
ROCHESTER MN   55901


HERBERGERS/SP
C/O TELERECOVERY
3800 FLORIDA AVE   SUITE 100
KENNER LA   70065

```
HOLIDAY COMPANIES
RETURN CHECK DEPT
PO OX 1216
MINNEAPOLIS MN  55440


LEIGHTON BROADCASTING
PO BOX 1458
ST. CLOUD MN  56302


MARK PITZELE
5100 GAMBLE DR     SUITE 125
MINNEAPOLIS MN  55416


MERVYNS
RETAILERS NATIONAL BANK
PO BOX 59316
MINNEAPOLIS MN  55459-0316


MESSERLI AND KRAMER
3033 CAMPUS DR     SUITE 250
PLYMOUTH MN  55441


NORTHLAND GROUP INC
PO BOX 390846
EDINA MN  55439


PLAINS COMMERCE BANK
PO BOX 5217
SIOUX FALLS SD  57117-5217


PR ADVANTAGE
1034 33RD STREET SO
ST. CLOUD MN  56301
```

PROVIDIAN
PO BOX 660763
DALLAS TX   75266


RETAILERS NAT BANK
PO BOX 59231
MINNEAPOLIS MN   55459-0231


RMA
PO BOX 105291
ATLANTA GA   30348


STEARNS COUNTY COLLECTIONS
BOX 1107
ST. CLOUD MN   56302-1107


TCF BANK
801 MARQUETTE AVENUE
MINNEAPOLIS MN   55402


THE CREDIT STORE ASIGNEE OF PROVIDIAN
PO BOX 5217
SIOUX FALLS SD   57117-5217


WALGREENS
C/O DANIEL TRUST CO
PO BOX 100849
PASADENA CA   91189-0849


WALGREENS
C/O CRA SECURITY
PO BOX 67555
HARRISBURG PA   17106-7555

```
WELLS FARGO HOME MTG
PO BOX 10335
DES MOINES IA  50306


WM STORES
C/O MARK PITZELE
1550 UTICA AVE SO    SUITE 500
ST. LOUIS PARK MN  55416
```